**Exhibit A**

**Certification of William D. Wickard
In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Jeffry A. Lind of the law firm Lind Law Firm, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

Supreme Court of Pennsylvania - PA ID# 87741 - November 7, 2001

United States District Court for the Western District of Pennsylvania - January 10, 2002

United States Court of Appeals 3rd Circuit - May 18, 2009

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: April 16, 2020

Respectfully submitted,

_____
William D. Wickard
K&L Gates LLP
210 Sixth Avenue
Telephone: 412-355-6500
Facsimile: 412-355-6501
William.wickard@klgates.com