**Exhibit A**

**Certification of Kip Brar
In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by William W. Drummy of the law firm Wilkinson Goeller Modesitt Wilkinson & Drummy, LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the highest court of the State of Texas.

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: April 20, 2020                         Respectfully submitted,


Kip Brar
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Phone: (713) 238-1835
Fax: (713) 225-2340
Email: kbrar@seyfarth.com